UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03206-HDV-MAA | Date | January 6, 2025 |
| Title | *Henrique Javier Mejia-Pacheco v. Ernesto Santacruz Jr. et al.* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING TEMPORARY RESTRAINING ORDER REQUIRING BOND HEARING [2]**

     Petitioner Henrique Javier Mejia-Pacheco filed a Petition for Writ of Habeas Corpus on November 28, 2025.  [Dkt. 1].  Petitioner also filed an *Ex Parte* Application for Temporary Restraining Order on November 28, 2025 ("Application").  [Dkt. 2].  Finding a probability of success on the merits and numerous forms of irreparable harm, this Court immediately issued emergency relief maintaining the status quo and setting a schedule for the parties to meet-and-confer and/or submit briefs regarding an individualized bond hearing under 8 U.S.C. § 1226(a).  [Dkt. 6].

     The parties have not stipulated to a bond hearing.  Instead, the government filed an opposition arguing against Petitioner's immediate release, but stating that "to the extent the Petitioner would be entitled to any remedy via his TRO Application, at most it would be ordering a bond hearing before an Immigration Judge under Section 1226(a)."  Opposition at 8.  [Dkt. 10].  Petitioner's reply seeks immediate release.  [Dkt. 11].

Given the prior orders in *Helal* and *Maldonado Bautista*,[1] the Court grants Petitioner's Application in part. Respondents are hereby enjoined from:

- continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of this order; and
- transferring, relocating, or removing Petitioner (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending Petitioner's bond hearing or release.

The parties are ordered to file, within ten days of this order, a joint report regarding the status of compliance with this order.

**IT IS SO ORDERED.**

---

[1] *See also, e.g.*, *Zaragoza v. Noem*, 5:25-cv-02925-HDV-PVC (C.D. Cal. Nov. 7, 2025) [Dkt. 8]; *Zaragoza Mosqueda v. Noem*, No. 5:25-cv-02304-CAS-BFM (C.D. Cal. Sept. 8, 2025) [Dkt. 11]; *Ceja Gonzalez v. Noem*, 5:25-cv-02054-ODW-ADS (C.D. Cal. Aug. 13, 2025) [Dkt. 12]; *Arrazola-Gonzalez v. Noem*, 5:25-cv-01789-ODW-DFM (C.D. Cal. Aug. 15, 2025) [Dkt. 10]; *Benitez v. Noem*, No. 5:25-cv-02190-RGK-AS (C.D. Cal. Aug. 26, 2025) [Dkt. 11].